Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Case No.: 2:04-bk-10319-VK
                                    )
   Boynton, Rush                    ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
                                    ) (Bankruptcy Rule 3011)
                                    )
                                    )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 627815 in the sum of $104.58 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

   NCO Financial Systems, Inc.
   P. O. Box 41567
   Philadelphia, PA  19101

Date: October 26, 2010

                                          NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

**Nancy Curry Chapter 13 Trustee**                                   Check No. 627815
Pay to: 50000300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0410319-VK | 402-0 | BOYNTON, RUSH | 5466160110459771 | 0.00 | 799.86 | 0.00 | 799.86 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

October 14, 2010

No. 627815

PAY*** Seven Hundred Ninety Nine Dollars and 86 Cents ***
TO THE ORDER OF

AMOUNT ****$799.86***

U.S. BANKRUPTCY COURT
FISCAL DEPT. - U.S. COURTHOUSE
312 N. SPRING STREET, RM 906
LOS ANGELES, CA 90012

VOID AFTER January 12, 2011

*Nancy Curry* (signature)

⑈627815⑈ ⑆061100790⑆ 000000575200 ⑈